AO 106A  (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT

for the

District of Oregon

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>black 2002 Mercedes Benz C240 with Vehicle<br>Identification Number WDBR61J22F174196, as<br>described in Attachment A | )<br>)<br>)<br>)<br>)<br>)<br>)      Case No. 3:23-mc-637 |

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*

black 2002 Mercedes Benz C240 with Vehicle Identification Number WDBR61J22F174196, as described in Attachment A hereto,

located in the _____ District of _____ Oregon _____ , there is now concealed *(identify the person or describe the property to be seized)*:

The information and items set forth in Attachment B hereto.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 USC § 2113 | Bank Robbery |

The application is based on these facts:

See affidavit which is attached hereto and incorporated herein by this reference.

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
Brett S. Hawkinson, FBI Task Force Officer
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
Telephone at 2:50 pm a.m./p.m. _____ *(specify reliable electronic means).*

Date: July 26, 2023
_____
*Judge's signature*

City and state: Portland, Oregon
Hon. Jeffrey Armistead, United States Magistrate Judge
*Printed name and title*

## ATTACHMENT A

### Description of the Vehicle to be Searched

#### <u>Subject Vehicle</u>

1.      The Subject Vehicle is a black 2002 Mercedes Benz C240 with Vehicle Identification Number WDBR61J22F174196, controlled and operated by JAQUETTE EBONY DARBY, currently at the Portland Police Rivergate Vehicle Storage facility located at 7027 NW St. Helens Road in the City of Portland, Multnomah County, State of Oregon.

**ATTACHMENT B**

**Items to be Searched For, Seized, and Examined**

1.      The items to be searched for, seized, and examined, are those in the vehicle

identified a black 2002 Mercedes Benz C240 with Vehicle Identification Number WDBR61J22F174196,

owned by JAQUETTE EBONY DARBY currently at the Portland Police Rivergate Vehicle

Storage facility located at 7027 NW St. Helens Road in the City of Portland, Multnomah County,

State of Oregon  ("**Subject Vehicle**"), and that contain evidence, contraband, fruits, and

instrumentalities of violations of Title 18, United States Code, Section 2113(a) – *Bank Robbery*.

The items to be seized cover the period of April 28, 2023 through the date of the execution of the

search warrant.

The items referenced above to be searched for and seized are as follows:

1.      Cash,

2.      Keys for the black Mercedes

3.      Clothing worn by the robber; described as a black and white baseball cap, red COVID mask, black Adidas sweatshirt, blue Seahawks baseball cap, blue T-shirt

4.      Receipts showing cash expenditures or time and location information

5.      Bank robbery notes

6.      Trace evidence, including fingerprints and DNA evidence; hairs or fibers, and other items likely to contain DNA or fingerprint evidence.

**Attachment B**                                                                                              **Page 1**

STATE OF OREGON       )
                           ) ss:                 AFFIDAVIT OF BRETT S. HAWKINSON

County of Multnomah     )

**Affidavit in Support of a Search Warrant**

I, Brett S. Hawkinson, being duly sworn, do hereby depose and state as follows:

**Introduction and Agent Background**

1.       I am a police officer with the Portland Police Bureau and have been since November 2001.  As part of my duties, I am also designated as a Task Force Officer (TFO) with the Federal Bureau of Investigation (FBI) bank robbery task force and have been designated as such since March 31, 2010.  My training and experience include over 21 years as a Portland Police officer, and three years of employment with the City of Lynnwood, Washington, Police Department.

2.       I submit this affidavit in support of a search warrant for a black 2002 Mercedes Benz C240 with vehicle identification number WDBR61J22F174196 that is associated with JAQUETT EBONY DARBY (DARBY) for evidence of the crime of Bank Robbery in violation of 18 U.S.C. § 2113(a).  As set forth below, I have probable cause to believe that DARBY committed that crime.

3.       This affidavit is intended to show only that there is sufficient probable cause for the requested search warrant and does not set forth all my knowledge about this matter.  The facts set forth in this affidavit are based on my own personal knowledge, knowledge obtained from other individuals during my participation in this investigation, including other law enforcement officers, interviews of witnesses, a review of records related to this investigation, communications with others who have knowledge of the events and circumstances described herein, and information gained through my training and experience.

**Affidavit of Brett S. Hawkinson**                                                 **Page 1**

**Applicable Law**

4.      18 U.S.C. § 2113(a) prohibits a person from using force and violence or
intimidation to knowingly and unlawfully take or attempt to take currency or any other thing of
value from from the person or presence of employees of a bank, credit union, or savings and loan
association, whose deposits are insured by the Federal Deposit Insurance Corporation (FDIC) or
National Credit Union Administration Board (NCUAB).

**Statement of Probable Cause**

5.      On Friday, April 28, 2023, at approximately 5:55 p.m., a robbery occurred at the
Key Bank branch located at 4131 SE Hawthorne Boulevard, in Portland, Multnomah County,
Oregon.  The money deposited at this bank is insured by the FDIC.

6.      The victim banker reported to Portland Police that a subject, unknown to him and
hereinafter referred to as "the robber," entered the branch and approached the victim banker.
The robber unfolded a note from her pocket and presented it to the teller.  The note read, "Money
Now OR Die 100, 50, 20."  The victim banker asked the robber if she wanted the victim banker to
put the money in an envelope.  The robber replied to just hand her the money directly.  The
victim banker provided the robber with approximately $2,235 in US currency, and fled the bank.

7.      The victim banker described the robber as a black female, about 5'5" tall, about
one 180 pounds, wearing a black Adidas tracksuit and red mask.

8.      A Portland Police criminalist responded to the bank and processed the robbery
note for fingerprints.

9.      I received images of the robber from Key Bank corporate security.  In the
surveillance images, the robber appeared to be a heavy set black female approximately 5'7" tall,
with close cropped hair and a distinct nose.

**Affidavit of Brett S. Hawkinson**                                                                 **Page 2**



*Above:  Robbery image from Key Bank on Friday, April 28, 2023.*

10.    On June 2, 2023, a Portland criminalist advised me that he had identified two identifiable fingerprints from the demand note, and that the fingerprints traced back to DARBY, a black female with date of birth 1/XX/1980.11.    I queried DARBY's records, and discovered from the Portland Police RegJin database DARBY is listed as 5'8", about 210 pounds and has black hair and brown eyes.

12.    An open source query of Google of JAQUETTE DARBY yielded a search result showing DARBY had been arrested and pled guilty to a bank robbery in San Diego, California where she presented a note which read, "Money or Die!"

13.    I applied for and was granted a federal arrest warrant based on a criminal complaint for DARBY for one count of Bank Robbery.

**Affidavit of Brett S. Hawkinson**                                                    **Page 3**

14.     On June 27, 2023, at about 11:12 am, a bank robbery occurred at the Umpqua Bank located at 5083 NE 122nd Avenue in the City of Portland, Multnomah County, State of Oregon.

15.     The victim teller reported to Portland Police that he was working at his teller station when the robber, unknown to him, approached his work station and slid him a replica fifty dollar bill with the handwritten words "10,000 now or die." The robber demanded, "Give it now." The robber then added, "Now, give it to me now." The victim teller presented the teller drawer to the robber, who reached over plexiglass and collected $9,930 in US currency that was insured by the FDIC, and exited the bank.

16.     The victim teller described the robber as a black female, about 5'8" in height, with a medium build, with black hair and brown eyes. The robber was wearing a blue Seahawks baseball cap, a blue T-shirt, and black adidas pants, with a black "COVID" style mask over the bottom part of her face.

/ / /


/ / /


/ / /


/ / /

**Affidavit of Brett S. Hawkinson**                                                    **Page 4**



*Above:  Image of bank robber at Umpqua Bank on June 27, 2023.*

17.    I spoke to Umpqua Bank corporate security which provided images of the robber

from the surveillance video.  Warren also told me that he reviewed video surveillance from the

time of the robbery, and it showed a black Mercedes dropping off the robber behind the building

(the suspect walked around to the front of the building and entered the bank).  The Mercedes

subsequently drove around the building and disappeared from camera view on the north side of

the building.  The robber exited the bank and headed off to the north.

/ / /


/ / /


/ / /


**Affidavit of Brett S. Hawkinson**                                                                            **Page 5**



*Above:  Image of black Mercedes seen on video surveillance that the robber is seen exiting prior to the robbery*

18.     I reviewed a still image of the vehicle from the surveillance provided by corporate security, and saw the Mercedes appeared to have two different rims on the driver's side of the vehicle.  I also distributed images of the bank robber to Portland Police officers.

19.     On Tuesday, June 27, 2023, at about 2:00 p.m., I received a call from an officer with the Portland Police Bureau who told me he had reviewed the images of the bank robber that I had distributed, and he recognized the bank robber to be a subject he had contacted during a traffic stop on June 2, 2023.  Moreover, he had encountered DARBY, who was a passenger in her own black Mercedes C-class sedan without any plates.  The Mercedes was driven by JAMES WEST.  WEST was arrested on an outstanding arrest warrant.  At the time of WEST'S arrest, he provided an address of 3914 North Kiska Avenue, Portland Oregon.

**Affidavit of Brett S. Hawkinson**                                                                                   **Page 6**

20.     On Monday, July 10, 2023, Special Agent (SA) Ryan Donovan of the FBI drove by 3914 North Kiska Street in Portland, Oregon.  SA Donovan told me he observed a black Mercedes Benz C class with no plates parked in front of the address, facing west on the south curb.

21.     I compared the Mercedes Benz C class to the pictures of the Mercedes in the surveillance robbery photo and saw that the driver's side rims were mismatched similar to the Mercedes in the surveillance photo taken from Umpqua Bank robbery. Based on this. I believe that the Mercedes SA Donovan located is the same vehicle used in the June 27, 2023,  Umpqua Bank robbery.

22.     On Tuesday, July 11, 2023, DARBY was arrested in Vancouver, Washington, after entering a Rivermark Credit Union.  DARBY was with JAMES WEST at the time of her arrest.  Vancouver Police Detectives and I executed a Clark County, Washington, search warrant on a silver Mitsubishi Lancer that DARBY was inside of at the time of her arrest.  Inside the car was a black tote that contained a journal with a handwritten note "Money Now or Die."  Also inside of the same tote was a bank card in the name of JAQUETTE DARBY.  In addition, the VIN number to the Mercedes was hand scrawled on the front page of the journal.  Also, inside the pocket of a black jacket located in the rear passenger seat where DARBY was seated was another handwritten note which read "MONEY NOW OR DIE 12,000 100$."

23.     On Tuesday, July 11, 2023, Portland Police detectives seized the Mercedes as evidence, and had the Mercedes towed to the Portland Police Rivergate vehicle storage facility located at 7027 NW St. Helens Road, Portland, Oregon.

/ / /

/ / /

**Affidavit of Brett S. Hawkinson**                                                         **Page 7**

## Knowledge and Experience

24.     I know from my training and experience as a police officer, that suspects who commit robberies often secrete and retain items of evidence in residences and vehicles which they may occupy to include, but not limited to: guns, ammunition, clothing worn in robberies, victims' personal items stolen during the robberies, documents showing ownership, receipts showing dominion and control of personal property and items in the vehicle, and proceeds from the robbery and items of identification leading to the identity of the suspects.

25.     Based on my training and experience, I know that a handgun can be dismantled into small parts and those parts can be hidden anywhere within a residence or automobile. I know based on my training and experience that handguns, as well as other firearms, are commonly dismantled and their parts hidden in different locations, or traded with other parts, in order to prevent discovery by law enforcement. In addition, the practices of dismantling and hiding handguns are done in an effort to disrupt the potential success of ballistic testing when the firearm is found by law enforcement. I know that these handguns, handgun parts, and ammunition can be hidden anywhere to include pockets of clothing, safes, dresser drawers, envelopes, plastic baggies, Tupperware containers, backpacks, coffee cans, film canisters and other small containers.

26.     In addition, based on my training and experience, I know that receipts can be very useful in cases where a person's whereabouts over a period of time is important.  Receipts document dates, times, and locations where people have been, and people often save receipts. Receipts also can help to account for the whereabouts of stolen money.  Receipts can be stored in small places and bags as well, to include pockets of clothing, safes, dresser drawers, envelopes, plastic baggies, backpacks, Tupperware containers, coffee cans, film canisters and other small

**Affidavit of Brett S. Hawkinson**                                                          **Page 8**

containers.  As an investigator, I can use information on a receipt to obtain video surveillance of the transaction which may help corroborate possession of a motor vehicle used in the commission of a crime, such as in this case.

27.     From my training and experience, I know that items such as hats, jackets, coats, sweatshirts and other items of clothing are valuable as evidence because they can be compared to robbery surveillance images and descriptions from witnesses and victims to determine if it is the same clothing as worn in the robbery.

## Conclusion

28.     Based on the foregoing, I have probable cause to believe JAQUETTE EBONY DARBY, a black female with date of birth 1/XX/1980, committed bank robbery in violation of 18 U.S.C. § 2113(a).  In addition, I have probable cause to believe evidence of the crime of bank robbery will be located inside of:

a black 2002 Mercedes Benz C240 with Vehicle Identification Number

WDBR61J22F174196

currently located at the Portland Police Bureau Rivergate Vehicle Storage Facility located at 7027 NW St Helens Road, Portland, Oregon.

for the following items of evidence:

1. Cash,

2. Keys for the black Mercedes

3. Clothing worn by the robber; described as a black and white baseball cap, red COVID mask, black Adidas sweatshirt, blue Seahawks baseball cap, blue T-shirt

4. Receipts showing cash expenditures or time and location information

5. Bank robbery notes

6. Trace evidence, including fingerprints and DNA evidence; hairs or fibers, and other items likely to contain DNA or fingerprint evidence.

**Affidavit of Brett S. Hawkinson**                                                            **Page 9**

29.     Prior to being submitted to the Court, this affidavit, the accompanying complaint, and the arrest warrant were all reviewed by Assistant United States Attorney (AUSA) Bryan Chinwuba.  AUSA Chinwuba advised me that in his opinion, the affidavit is legally and factually sufficient to establish probable cause to support the issuance of the requested criminal complaint and arrest warrant.

*(By telephone)*
BRETT S. HAWKINSON
Task Force Officer, FBI

Subscribed and sworn to by telephone in accordance with the requirements of Fed. R. Crim. P. 4.1 on July 26, 2023 at 2:50 pm.

HONORABLE JEFFREY ARMISTEAD
United States Magistrate Judge

**Affidavit of Brett S. Hawkinson**                                              **Page 10**